USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE VAN HORN

                Plaintiff,

                v.

VERTIV INC. et al

                Defendants.

7:23-cv-02141-NSR

ORDER

NELSON S. ROMÁN, United States District Judge:

On May 5, 2025, the Court issued an Order to Show Cause (the "Order") directing Plaintiff to show cause in writing on or before May 27, 2025 as to why this action against Defendants Vertiv Inc. and Jeffrey Foss ("Defendants") should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to comply with the Order would result in dismissal of this case for want of prosecution. Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's claims against Defendants are dismissed without prejudice and the matter terminated.

The Clerk of Court is respectfully directed to terminate the instant matter, mail a copy of this Order to Plaintiff's counsel at the address below, and show service on the docket.

**Kiel Edward Van Horn, Esq.**
**18 East Broome Street**
**P.O. Box 814 Port Jervis, NY 12771**

SO ORDERED.

    Dated:    May 30, 2025
                White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge